STATE OF CONNECTICUT *v.* MELVIN D. BRASWELL

The defendant's petition for certification for appeal from the Appellate Court, 42 Conn. App. 264 (AC 13902), is granted, limited to the following issue:

"Whether the Appellate Court properly held that the defendant's conviction and consecutive sentence for attempted sale of narcotics in violation of General Statutes §§ 21a-278 (b) and 53a-49 (a) and attempted delivery of narcotics to an inmate of a correctional institution in violation of §§ 53a-174 (a) and 53a-49 (a) did not violate principles of double jeopardy?"

The Supreme Court docket number is SC 15532.

*Todd D. Fernow,* in support of the petition.

*Carolyn K. Longstreth,* assistant state's attorney, in opposition.

Decided September 18, 1996

FREDERICK J. LOULIS ET AL. *v.* DEAN B. PARROTT ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 42 Conn. App. 272 (AC 14890), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiffs had failed to exhaust their administrative remedies?"

The Supreme Court docket number is SC 15517.

*Robert A. Fuller,* in support of the petition.

*Christopher J. Smith,* in opposition.

Decided September 18, 1996